### 23203. DEESE v. THE STATE.

GUERRY, J. The evidence amply supports the verdict finding the defendant guilty of possession of intoxicating liquors and beverages, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JULY 21, 1933.

*Williams & Williams,* for plaintiff in error.
*Lester F. Watson, solicitor,* contra.